**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and JIM COOPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OURANIA THIMMHARDY, | CASE NO. 2:25-cv-01520-TLN-JDP |
| Plaintiff, | **STIPULATION TO STAY CASE; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, MATTHEW GURICH, DOE 1, DOE 2, DOE 3, DOE 4 and DOE 5, | Complaint Filed: 05/30/2025 |
| Defendants. / | |

The parties have agreed to participate in early mediation. The mediation is set for September 18, 2025 with Retired Judge Kendall Newman serving as the mediator. To give the parties time to go through the mediation process, they have agreed to extend the deadlines for responding to the complaint.

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff OURANIA THIMMHARDY and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and JIM COOPER and MATTHEW GURICH (collectively Defendants) by and through their counsel of record:

1. The parties will participate in early mediation with Retired Judge Newman in an effort to resolve the claims in this case.

2. To facilitate same and to avoid potentially unnecessary filing, the parties agree that all matters are stayed and the time to respond to the complaint is extended to October 17, 2025.

**IT IS SO STIPULATED.**

Dated: July 23, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
    Carl L. Fessenden
    Matthew R. Mendoza
    Attorneys for County of Sacramento,
    Sheriff's Dept. and Sheriff Cooper

Dated: July 23, 2025

LAW OFFICE OF MARK E. MERIN

By /s/Mark E. Merin (Authorized on 7/23/25)
    Mark E. Merin
    Paul Masuhara
    Attorneys for Plaintiff

Dated: July 23, 2025

LAW OFFICE OF LONGYEAR, LAVARA AND CAHILL

By /s/Nicole Cahill (Authorized on 7/23/25)
    Nicole Cahill
    Attorney for Matthew Gurich

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

All matters are stayed for the purpose of early mediation. Responses to the Complaint are now due on October 17, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
Troy L. Nunley
Chief United States District Judge