Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:        mark@markmerin.com
                   paul@markmerin.com

Attorneys for Plaintiff
OURANIA THIMMHARDY

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, and JIM COOPER

LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No.: 287165
Nick Niavarani, CSB No.: 351893
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: cahill@longyearlaw.com
            niavarani@longyearlaw.com

Attorneys for Defendant
MATTHEW GURICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OURANIA THIMMHARDY,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:25-cv-01520-TLN-JDP<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS; ORDER** |

Ourania Thimmhardy ("Plaintiff") and the County of Sacramento, Sacramento County Sheriff's Department, Jim Cooper, and Matthew Gurich (collectively, "Defendants") submit the following stipulation to extend time for responsive pleadings.

1

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS; ORDER**
*Thimmhardy v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-01520-TLN-JDP

1  WHEREAS, on May 30, 2025, Plaintiff filed the complaint against Defendants initiating this
2  action, ECF No. 1;

3  WHEREAS, on July 23, 2025, the Court granted the parties' stipulation to stay Defendants' time
4  to respond to the complaint while the parties participated in an early mediation, ECF No. 7;

5  WHEREAS, on September 18, 2025, the parties reached the terms of a contingent settlement
6  agreement requiring various approvals, ECF No. 10;

7  WHEREFORE, the parties' counsel have met-and-conferred and determined that it is appropriate
8  to extend time for Defendants to file responsive pleadings, while the contingencies of the settlement
9  agreement are satisfied; and

10  Now, THEREFORE, the parties STIPULATE to EXTEND TIME for the filing of responsive
11  pleadings until the Court resolves Plaintiff's anticipated motion for compromise of incompetent person,
12  as follows: (A) if the motion for compromise is granted, no responsive pleadings will be filed and the
13  parties will file dispositive documents within 45 days of the Court's order; or (B) if the motion for
14  compromise is denied, Defendants will file responsive pleadings within 21 days of the Court's order.

15  IT IS SO STIPULATED.

16  Dated: November 3, 2025

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiff
OURANIA THIMMHARDY

2

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS; ORDER**
*Thimmhardy v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-01520-TLN-JDP

| | |
|---|---|
| Dated: November 3, 2025 | Respectfully Submitted,<br>**PORTER | SCOTT**<br><br>/s/ Carl L. Fessenden<br>(as authorized on November 3, 2025)<br>By: _____<br>Carl L. Fessenden<br>Colin J. Nystrom<br><br>Attorneys for Defendants<br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and JIM COOPER |
| Dated: November 4, 2025 | Respectfully Submitted,<br>LONGYEAR, LAVRA & CAHILL, LLP<br><br>/s/ Nicole M. Cahill<br>(as authorized on November 4, 2025)<br>By: _____<br>Nicole M. Cahill<br>Nick Niavarani<br><br>Attorneys for Defendant<br>MATTHEW GURICH |

### ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The Court ORDERS TIME EXTENDED for the filing of responsive pleadings until the Court resolves Plaintiff's anticipated motion for compromise of incompetent person, as follows: (A) if the motion for compromise is granted, no responsive pleadings will be filed and the parties shall file dispositive documents within 45 days of the Court's order; or (B) if the motion for compromise is denied, Defendants shall file responsive pleadings within 21 days of the Court's order.

IT IS SO ORDERED.

Dated: November 4, 2025

_____
Troy L. Nunley
Chief United States District Judge

3

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS; ORDER**
*Thimmhardy v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-01520-TLN-JDP