**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant
COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OURANIA THIMMHARDY, | CASE NO. 2:25-cv-01520-TLN-JDP |
| Plaintiff, | **DEFENDANT COUNTY OF SACRAMENTO'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR APPROVAL OF INCOMPETENT PERSON'S COMPROMISE** |
| v. | |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, MATTHEW GURICH, DOE 1, DOE 2, DOE 3, DOE 4 and DOE 5, | Date: April 2, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2 (15th Floor)<br>Judge: Hon. Troy L. Nunley |
| Defendants. / | Complaint Filed: 05/30/2025 |

Respondents COUNTY OF SACRAMENTO ("County") submits the following in statement of non-opposition to Plaintiff OURANIA THIMMHARDY'S ("Plaintiff") Motion for Approval of Incompetent Person's Compromise.

///

///

1
**DEFENDANT COUNTY OF SACRAMENTO'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR APPROVAL OF INCOMPETENT PERSON'S COMPROMISE**

Defendants do not oppose the Court's approval of the proposed compromise. The settlement reached by the parties resolves this matter and is subject to Court approval in light of Plaintiff's status as a conserved person.

Defendants note, however, that the Petition contains an extensive narrative describing the underlying events and characterizations of the conduct of the involved parties. Defendants do not adopt, stipulate to, or concede the accuracy of the factual allegations, arguments, or characterizations contained in the Petition.

Accordingly, while Defendants respectfully support the Court's approval of the compromise, they do so without agreeing to the factual assertions or legal arguments contained in the Petition.

Dated: March 6, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Colin J. Nystrom
    Carl L. Fessenden
    Colin J. Nystrom
    Attorneys for Defendant