UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OURANIA THIMMHARDY, et al., | Case No. 2:25-cv-01520-TLN-JDP |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF INCOMPETENT PERSON'S COMPROMISE** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, Plaintiff's motion for approval of incompetent person's compromise is GRANTED.

Defendants shall pay Ourania Thimmhardy $1,200,000 to resolve her claims brought in this action, as follows:

1.    $713,630 payable to Ourania Thimmhardy; and

2.    $486,370 payable to the Law Office of Mark E. Merin for attorneys' fees and costs.

The parties shall file dispositional documents within 45 days of Defendants' payment of settlement funds.

IT IS SO ORDERED.

Dated: May 4, 2026

_____
Troy L. Nunley
Chief United States District Judge

1

ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF INCOMPETENT PERSON'S COMPROMISE
*Thimmhardy v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-01520-TLN-JDP